Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NOEL FUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. 2:20-cv-01796-JAD-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 27, 2020 through and including **November 10, 2020**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

66356480v.1

```
 1  DATED: October 22, 2020              Respectfully submitted,

 2                                        CLARK HILL, PLLC

 3
                                          By:/s/ Jeremy Thompson
 4                                            JEREMY THOMPSON, Esq.
                                              Nevada Bar No. 12503
 5                                            CLARK HILL, PLLC
                                              3800 Howard Hughes Pkwy
 6                                            Suite 500
                                              Las Vegas, NV 89169
 7                                            Tel: 702-697-7527
                                              Fax: 702-862-8400
 8                                            Email: jthompson@clarkhill.com

 9                                            Attorneys for Defendant
                                              EQUIFAX INFORMATION SERVICES LLC
10

11  DATED: October 22, 2020              Agreed & Consented to:

12                                        PRICE LAW GROUP, APC

13
                                          By:/s/ Steven A. Alpert
14                                            Steven A. Alpert, Esq.
                                              PRICE LAW GROUP, APC
15                                            5940 S Rainbow Blvd.
                                              Las Vegas, NV 89118
16                                            Tel: 702-794-2008
                                              Email: alpert@pricelawgroup.com
17
                                              Attorneys for Plaintiff
```

IT IS SO ORDERED:

[signature]

United States Magistrate Judge

DATED: 10-23-2020

66356480v.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I presented the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ *Jeremy Thompson*
Jeremy Thompson
Attorney for Defendant
Equifax Information Services LLC

66356480v.1