Brandi M. Planet, NV #11710
**LEX DOMUS LAW**
1712 Tesara Vista Pl.,
Las Vegas, NV 89128
Telephone: (702) 340-9227
brandi@lexdomuslaw.com
*Attorneys for Defendant*
*Midland Funding LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NOEL FUENTES, | |
| Plaintiff, | |
| v. | Case No. 2:20-cv-01796-JAD-VCF |
| MIDLAND FUNDING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT MIDLAND FUNDING LLC TO RESPOND TO COMPLAINT |
| Defendants. | (First Request) |

Plaintiff Noel Fuentes ("Plaintiff"), and Defendant Midland Funding LLC ("Midland") (collectively, the "Parties"), by and through counsel, hereby stipulate and agree to a fourteen (14) day extension of time for Midland to respond to Plaintiff's Complaint, and hereby states as follows:

1. This is Midland's first stipulation for extension of time to respond to Plaintiff's Complaint.

2. On or about September 25, 2020, Plaintiff filed this lawsuit. Dkt. No. 1.

3. Midland was served on October 6, 2020, thereby making Midland's response due by October 27, 2020.

4. Midland needs additional time to research the allegations in the Complaint to prepare a proper response and to explore the possibility of early resolution.

5. Based on the above, Midland hereby requests a brief extension of time to respond to the Complaint through and including November 10, 2020.

6. This extension is not sought for purposes of delay and will not prejudice Plaintiff.

7. Plaintiff, through counsel, agrees to the extension through and including November 10, 2020.

Stipulated and Agreed: October 26, 2020

| | |
|---|---|
| */s/ Brandi M. Planet* <br> Brandi M. Planet, Esq., NV #11710 <br> **LEX DOMUS LAW** <br> 1712 Tesara Vista Pl., <br> Las Vegas, NV 89128 <br> Telephone: (702) 340-9227 <br> brandi@lexdomuslaw.com <br> *Attorneys for Defendant* <br> *Midland Funding LLC* | *By: /s/ Steven A. Alpert* <br> Steven A. Alpert, Esq., NV #8353 <br> **PRICE LAW GROUP, APC** <br> 5940 S Rainbow Blvd. <br> Las Vegas, NV 89118 <br> T: (702) 794-2008 <br> F: (866) 401-1457 <br> E: alpert@pricelawgroup.com <br> *Attorneys for Plaintiff Noel Fuentes* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-27-2020

- 2 -