1  Brandi M. Planet, NV #11710
   **LEX DOMUS LAW**
2  1712 Tesara Vista Pl.,
   Las Vegas, NV 89128
3  Telephone: (702) 340-9227
4  brandi@lexdomuslaw.com
   *Attorneys for Defendant*
5  *Midland Funding LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **NOEL FUENTES,** | ) |
| Plaintiff, | ) Case No. 2:20-cv-01796-JAD-VCF |
| | ) |
| | ) **Complaint Filed: September 25, 2020** |
| v. | ) |
| | ) **STIPULATION AND ORDER FOR** |
| **MIDLAND FUNDING LLC; EXPERIAN** | ) **SECOND EXTENSION OF TIME** |
| **INFORMATION SOLUTIONS, INC.;** | ) **FOR DEFENDANT MIDLAND** |
| **EQUIFAX INFORMATION SERVICES,** | ) **FUNDING LLC TO RESPOND TO** |
| **LLC,** | ) **COMPLAINT** |
| | ) |
| Defendants. | ) **(Second Request)** |

Plaintiff Noel Fuentes ("Plaintiff"), and Defendant Midland Funding LLC ("Midland") (collectively, the "Parties"), by and through counsel, hereby stipulate and agree to an additional fourteen (14) day extension of time for Midland to respond to Plaintiff's Complaint, and hereby states as follows:

1. This is Midland's second stipulation for extension of time to respond to Plaintiff's Complaint.

2. On or about September 25, 2020, Plaintiff filed this lawsuit. Dkt. No. 1.

3. Midland was served on October 6, 2020, thereby making Midland's response due by October 27, 2020.

4. Midland and Plaintiff filed a stipulation seeking to extend Midland's deadline to respond to the Complaint through and including November 10, 2020, which this Court granted.

5. Midland has been diligently investigating Plaintiff's claims, and the Parties have been discussing potential resolution. However, Midland needs additional time to research the allegations in the Complaint to prepare a proper response and to explore the possibility of early resolution.

6. Based on the above, Midland hereby requests a brief extension of time to respond to the Complaint through and including November 24, 2020.

7. This extension is not sought for purposes of delay and will not prejudice Plaintiff.

8. Plaintiff, through counsel, agrees to the extension through and including November 24, 2020.

Stipulated and Agreed: November 5, 2020

| | |
|---|---|
| */s/ Brandi M. Planet* | *By: /s/ Steven A. Alpert* |
| Brandi M. Planet, Esq., NV #11710 | Steven A. Alpert, Esq., NV #8353 |
| **LEX DOMUS LAW** | **PRICE LAW GROUP, APC** |
| 1712 Tesara Vista Pl., | 5940 S Rainbow Blvd. |
| Las Vegas, NV 89128 | Las Vegas, NV 89118 |
| Telephone: (702) 340-9227 | T: (702) 794-2008 |
| brandi@lexdomuslaw.com | F: (866) 401-1457 |
| *Attorneys for Defendant* | E: alpert@pricelawgroup.com |
| *Midland Funding LLC* | *Attorneys for Plaintiff Noel Fuentes* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11-6-2020