Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**PRICE LAW G ROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Noel Fuentes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL FUENTES, | Case No.: 2:20-cv-01796-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| v. | |
| MIDLAND FUNDING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | ECF No. 29 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Noel Fuentes ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and

1

defenses asserted therein be dismissed with prejudice as to Defendant Equifax. The parties shall bear their own attorneys' fees and costs.

|  |  |
|---|---|
| DATED: January 13, 2021 | RESPECTFULLY SUBMITTED,<br><br>DATED: January 13, 2021 |
| By: */s/ Youssef H. Hammoud*<br>Youssef H. Hammoud, (CA #321934)<br>(Admitted *pro hac vice*)<br>**PRICE LAW GROUP, APC**<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>T: (818) 600-5596<br>F: (818) 600-5496<br>E: youssef@pricelawgroup.com<br><br>Steven A. Alpert, NV Bar #8353<br>**PRICE LAW GROUP, APC**<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas Nevada, 89118<br>Phone: 702-794-2008<br>alpert@pricelawgroup.com<br>*Attorneys for Plaintiff,*<br>*Noel Fuentes* | By: */s/ Jeremy J. Thompson*<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>**CLARK HILL PLLC**<br>3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300<br>Facsimile: (702) 862-8400<br>Email: jthompson@clarkhill.com<br>*Attorneys for Defendant,*<br>*Equifax Information Services, LLC* |

**ORDER**

Based on the stipulation between plaintiff and defendant Equifax Information Services, LLC **[ECF No. 29]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Equifax Information Services, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 19, 2021