Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**PRICE LAW G ROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Noel Fuentes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL FUENTES, | Case No.: 2:20-cv-01796-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| MIDLAND FUNDING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | ECF No. 35 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Noel Fuentes ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and

1

defenses asserted therein be dismissed with prejudice as to Defendant Experian. The parties shall bear their own attorneys' fees and costs.

|  | RESPECTFULLY SUBMITTED, |
|---|---|
| DATED: March 10, 2021 | DATED: March 10, 2021 |

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Noel Fuentes*

By: */s/ Andrew J. Sharples*
Andrew J. Sharples, NV Bar #12866
Jennifer L. Braster, NV Bar #9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
asharples@nblawnv.com
jbraster@nblawnv.com

Katherine A. Neben, NV Bar #14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile (949) 553-7539
kneben@jonesday.com
*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

## ORDER

Based on the stipulation between plaintiff and Defendant Experian Information Solutions, Inc. **[ECF No. 35]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST **Experian** are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2021