Youssef H. Hammoud, (CA #321934)
(Admitted *pro hac vice*)
**PRICE LAW G ROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Noel Fuentes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NOEL FUENTES, | Case No.: 2:20-cv-01796-JAD-VCF |
| Plaintiff, | **Stipulation and Order Dismissing Action** |
| v. | |
| MIDLAND FUNDING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | ECF No. 38 |
| Defendants. | |

Pursuant to LR 7-1(c), Plaintiff Noel Fuentes ("Plaintiff") and Defendant Midland Funding LLC ("Midland"), by and through undersigned counsel, hereby submit their joint motion for this action and all claims and defenses asserted therein

1

be dismissed with prejudice as to Defendant Midland. The parties shall bear their own attorneys' fees and costs.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| DATED: March 16, 2021 | DATED: March 16, 2021 |
| By: */s/ Youssef H. Hammoud* | By: */s/ Brandi M. Planet* |
| Youssef H. Hammoud, (CA #321934) | Brandi M. Planet, NV Bar #11710 |
| (Admitted *pro hac vice*) | **LEX DOMUS LAW** |
| **PRICE LAW GROUP, APC** | 1712 Tesara Vista Pl. |
| 6345 Balboa Blvd., Suite 247 | Las Vegas, NV 89128 |
| Encino, CA 91316 | Telephone: (702) 340-9227 |
| T: (818) 600-5596 | brandi@lexdomuslaw.com |
| F: (818) 600-5496 | *Attorneys for Defendant,* |
| E: youssef@pricelawgroup.com | *Midland Funding LLC* |

Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Noel Fuentes*

### ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, and because the dismissal of the claims against Midland Funding LLC leaves no claims or parties remaining in this action, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 17, 2021